In the Matter of the Compulsory Judicial Settlement of the Account of Lester C. Gilman, as Executor, etc., of Theophilus Gilman, Deceased, Appellant.    Mabel R. Gilman, Respondent.— Order of the Surrogate's Court of

Kings county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.